UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20273-GAYLES/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IVAN ALEXANDER FILGUEIRA,

    Defendant.
_____/

**REPORT AND RECOMMENDATION**

THIS CAUSE is currently before U.S. Magistrate Judge Alicia M. Otazo-Reyes, upon referral by U.S. District Judge Darrin P. Gayles (D.E. 53), for resolution of the Supervised Release petition submitted by U.S. Probation Officer Liduvina Chavarria and signed by Judge Gayles on June 3, 2021. (D.E. 42).

On August 23, 2021 this Court held a Final Revocation of Supervised Release hearing via videoconference on the Zoom platform. The Defendant waived his right to conduct the hearing in person and consented to have the hearing conducted through videoconference. At the hearing, the Court heard from each of the parties, and Defendant Ivan Alexander Filgueira admitted to Violations #1 and #2, as outlined in the Petition for Summons submitted to the Court by USPO Chavarria. (D.E. 42). The Court found that the Defendant violated the terms and conditions of supervised release as charged in these violations.

The parties also submitted a joint recommendation to the Court as to an appropriate sentence. Specifically, the parties jointly recommended that Mr.

Filgueira be reinstated on supervised release, with additional conditions incorporating the sentence recently imposed by Mr. Filgueira's parallel state case, including one year of state probation, and mandatory participation in traffic school.

Therefore, having been fully advised of the premises, it is hereby

RECOMMENDED that the parties' joint recommendation as to sentencing on these violations be GRANTED:

> Mr. Filgueira is to be reinstated on supervised release, with all original conditions reimposed. In addition, Mr. Filgueira will abide by the conditions of the terms of his state probation that were recently imposed in Miami-Dade case number F21-6162, which includes one year of state probation and the special condition of traffic school.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of August, 2021.

_____
ALICIA M. OTAZO REYES
UNITED STATES MAGISTRATE JUDGE