UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20273-CR-GAYLES

UNITED STATES OF AMERICA

v.

IVAN ALEXANDER FILGUEIRA,

Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release, filed on June 3, 2021 (ECF No. 42).

Magistrate Judge Alicia M. Otazo-Reyes held an Evidentiary Hearing on August 23, 2021 and a Report and Recommendation was filed recommending that Defendant's term of supervised release be reinstated. The Court has reviewed the Report and Recommendation, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Otazo-Reyes's Report and Recommendation is hereby **ADOPTED** and Approved in its entirety. Defendant Ivan Alexander Filgueira is hereby adjudicated guilty of violating his Supervised Release with respect to Violation Nos. 1 and 2 as set forth in the Petition.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Defendant's Supervised Release be **REINSTATED** with additional conditions incorporating the sentence recently

imposed by Defendant's parallel state case, including one year of state probation and mandatory participation in traffic school.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of August, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: counsel of record